JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MOSES, <br><br>  Plaintiff, <br><br> v. <br><br> REOCO INC., <br><br>  Defendant. | Case No. CV 13-5575 FMO (AGRx) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 9th day of September, 2013.

/s/
Fernando M. Olguin
United States District Judge