JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MOSES, | Case No. CV 13-5575 FMO (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| REOCO INC., | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 9th day of September, 2013.

/s/
Fernando M. Olguin
United States District Judge